IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FREDDI JONES, JR. and DONNEL C. HOLMES, SR., | : | |
| | : | |
| Plaintiff, | : | |
| vs | : | Case No. 3:15cv0277 |
| PRAXAIR, INC., *et. al.*, | : | District Judge Walter H. Rice |
| Defendants. | : | |

| | | |
|---|---|---|
| PRAXAIR, INC., | : | |
| Plaintiff, | : | |
| vs | : | Case No. 3:15cv0397 |
| RISINGER BROS. TRANSFER, INC. | : | District Judge Walter H. Rice |
| Defendant. | : | |

DECISION AND ENTRY SUSTAINING MOTION OF PRAXAIR, INC. (DOC. #3 IN CASE NO. 3:15CV397), TO CONSOLIDATE CAPTIONED CAUSES; SCHEDULING ORDER OF NOVEMBER 10, 2015 (DOC. #11 IN CASE NO. 3:15CV277) TO BE FOLLOWED IN CONSOLIDATED CASES

Pursuant to a discussion held between Court and counsel, during a telephone conference held upon the record on December 22, 2015, Praxair, Inc.,'s Motion to Consolidate the captioned causes (Doc. #3 in Case No. 3:15cv397) is SUSTAINED.

From this time forward, the captioned causes are consolidated for any and all purposes, including trial. This Court's Preliminary Pretrial Conference/Scheduling Order filed November 10, 2015, in Case No. 3:15cv277 (Doc. #11), will comprise the Scheduling Order for the consolidated

cases, including trial upon the merits of both cases, presently set for February 6, 2017. All other dates in the aforementioned Preliminary Pretrial Conference/Scheduling Order will be followed for each of the two, now consolidated cases.

December 23, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE